# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAVID & DINEEN CONSTANTIN

VERSUS

ROBERT VERNON REECH AND ABC
INSURANCE COMPANY

NO. 2020 CW 1007

**DECEMBER 21, 2020**

---

In Re:    Robert Vernon Reech, Reech Law Firm, LLC and
          Continental Casualty Company, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 667400.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT